

ServSafe
National Restaurant Association

EXAM FORM NO. 4911

CERTIFICATE NO. 10789306

# ServSafe® CERTIFICATION

TO BARRY H SPENCER

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)-Conference for Food Protection (CFP).

02/27/2014
DATE OF EXAMINATION

02/27/2019
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

Sherman Brown
SVP, National Restaurant Association Solutions

ANSI
ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®

#0655

©2014 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe is a registered trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC. The logo appearing next to ServSafe is a trademark of the National Restaurant Association.

This document cannot be reproduced or altered.
14013002 v.1401

ServSafe
National Restaurant Association

| | |
|---|---|
| Student Name | BARRY H SPENCER |
| Class Number | 1384422 |
| Exam Date | 02/27/2014 |
| Expiration Date | 02/27/2019 |
| Instructor Name | Todd Janski |
| Sponsor Name | MA Dept of Corrections |
| Exam Location | MA |
| Exam Form Name | 4911 |

| | |
|---|---|
| **Overall Point Score** | 77 |
| **Overall % Score** | 96 |
| **Passing % Score** | 75 |
| **Status** | PASSED |

| | Perfect Point Score | Your Point Score |
|---|---|---|
| | 80 | 77 |
| **Domain Names** | | |
| Implement Food Safety SOPs | 16 | 16 |
| Employee Hygiene and Health | 12 | 12 |
| Receipt, Storage, Transport | 13 | 12 |
| Food Prep, Display and Service | 28 | 26 |
| Compliance with Regulatory | 11 | 11 |

To have a certificate reprinted, complete a Certificate Request Form on our website at **ServSafe.com** and select **Purchase a Duplicate Certificate** under the **Students** tab.

©2014 National Restaurant Association Educational Foundation. All rights reserved.
14013002 v.1401

ServSafe
National Restaurant Association

Exam Form No. 4911

Cert. No. 10789306

ServSafe® CERTIFICATION

TO BARRY H SPENCER

for successfully completing the standards set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination

Date of Examination: 02/27/2014

Date of Expiration: 02/27/2019

Local laws apply. Check with your local regulatory agency for recertification requirements.

©2014 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe is a registered trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC. The logo appearing next to ServSafe is a trademark of the National Restaurant Association.

ANSI ACCREDITED PROGRAM ®
#0655