**Earned Time History Report**
**for period from** 1991 0101   **to**   2015 1218

**Comm #:** A121687   SPENCER, BARRY

**Date.** 2015 1218 13:59:20

| Period Ending | Prog Type | Program Name | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|
| 2014 0228 | WORK | Institutional Employment | OCC | I | 0.0 | 0.0 |
|  |  | Total for period ending | 2014 0228 : | | 0.0 | 0.0 |
| 2014 0331 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0331 : | | 5.0 | 5.0 |
| 2014 0430 | WORK | Institutional Employment | OCC | I | 0.0 | 0.0 |
|  |  | Total for period ending | 2014 0430 : | | 0.0 | 0.0 |
| 2014 0531 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0531 : | | 5.0 | 5.0 |
| 2014 0630 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0630 : | | 5.0 | 5.0 |
| 2014 0731 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0731 : | | 5.0 | 5.0 |
| 2014 0831 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0831 : | | 5.0 | 5.0 |
| 2014 0930 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 0930 : | | 5.0 | 5.0 |
| 2014 1031 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 1031 : | | 5.0 | 5.0 |
| 2014 1130 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 1130 : | | 5.0 | 5.0 |
| 2014 1231 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2014 1231 : | | 5.0 | 5.0 |
| 2015 0131 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
|  |  | Total for period ending | 2015 0131 : | | 5.0 | 5.0 |
| 2015 0228 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |

Note: A maximum of 7.5 days may be credited each month before 20121101.
A maximum of 10 days may be credited each month after 20121101.

** indicates time that is pending authorization at your site
Earned time pending authorization at any other site is not
shown on this report.

## Earned Time History Report
### for period from 1991 0101 to 2015 1218

Comm #: A121687   SPENCER, BARRY

Date. 2015 1218 13:59:20

| Period Ending | Prog Type | Program Name | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|
| 2015 0228 | | | | | | |
| | | Total for period ending | 2015 0228 : | | 5.0 | 5.0 |
| 2015 0331 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0331 : | | 5.0 | 5.0 |
| 2015 0430 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0430 : | | 5.0 | 5.0 |
| 2015 0531 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0531 : | | 5.0 | 5.0 |
| 2015 0731 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0731 : | | 5.0 | 5.0 |
| 2015 0831 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0831 : | | 5.0 | 5.0 |
| 2015 0930 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 0930 : | | 5.0 | 5.0 |
| 2015 1031 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 1031 : | | 5.0 | 5.0 |
| 2015 1130 | WORK | Institutional Employment | OCC | S | 5.0 | 5.0 |
| | | Total for period ending | 2015 1130 : | | 5.0 | 5.0 |
| | | Total EGT (excluding summary credits) | | | 95.0 | 95.0 |

Inmate has 30 business days to contact Records Department to dispute earned good time.

Note: A maximum of 7.5 days may be credited each month before 20121101.
A maximum of 10 days may be credited each month after 20121101.

** indicates time that is pending authorization at your site
Earned time pending authorization at any other site is not shown on this report.