# United States Court of Appeals
## For the First Circuit

No. 16-1104

UNITED STATES OF AMERICA,

Appellee,

v.

BARRY SPENCER,

Defendant, Appellant.

**JUDGMENT**

Entered: August 23, 2017

      This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's rulings are affirmed.


      By the Court:

      /s/ Margaret Carter, Clerk


cc:
Karen A. Pickett
Barry H. Spencer II
Cynthia A. Young
Dina Michael Chaitowitz
John Albert Wortmann Jr.